[Cite as *Parks v. Blanchester Bd. of Pub. Affairs*, 2022-Ohio-319.]

| | |
|---|---|
| JOSHUA PARKS | Case No. 2021-00524PQ |
| Requester | Judge Patrick E. Sheeran |
| v. | <u>JUDGMENT ENTRY</u> |
| BLANCHESTER BOARD OF PUBLIC AFFAIRS, VILLAGE OF BLANCHESTER | |
| Respondent | |

{¶1} On December 22, 2021, a Special Master issued a Report and Recommendation in this public-records case. The Special Master recommends (1) denying the claim for production of records and (2) assessing costs to Requester.

{¶2} Neither party has timely filed written objections to the Report and Recommendation, as permitted by R.C. 2743.75(F)(2). Pursuant to R.C. 2743.75(F)(2), if neither party timely objects to a special master's report and recommendation, then this Court is required to "promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation."

{¶3} The Court determines that there is no error of law or other defect evident on the face of the Special Master's Report and Recommendation of December 22, 2021. The Court adopts the Report and Recommendation. Court costs are assessed to Requester. The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

PATRICK E. SHEERAN
Judge

Filed January 11, 2022
Sent to S.C. Reporter 2/4/22